

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00415-CR

Gilberto **CARREON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 14, 2019.

_____
Irene Rios, Justice